IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:06cr86WHBJCS

EDWARD YOUNG

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1& 12 of the Indictment against **EDWARD YOUNG**, without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/Cynthia L. Eldridge
CYNTHIA L. ELDRIDGE
Assistant U.S. Attorney
MS Bar No. 9734

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 8th day of February 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE